### Emilien R. GUAY

v.

### Mildred GUAY.

### No. 81–184–A.

Supreme Court of Rhode Island.

Jan. 14, 1982.

Allen M. Kirshenbaum Law Offices, Carolyn R. Barone, Providence, for plaintiff.

Leary & Holland, Jeremiah R. Leary, Tiverton, for defendant.

### ORDER

The plaintiff's motion to remand this case to the Family Court for a scheduled hearing as prayed is granted. Following said hearing, the papers herein shall be returned to this court forthwith.

■

### Louis J. GUILIANO et al.

v.

### WARWICK FEDERAL SAVINGS AND LOAN ASSOCIATES.

### No. 81–379–A.

Supreme Court of Rhode Island.

Jan. 14, 1982.

Louis J. Guiliano, pro se.

Tillinghast, Collins & Graham, Peter V. McGinn, Vivian Tseng, Providence, for defendant.

### ORDER

The defendant's motion to dismiss plaintiff Louis Guiliano's appeal is denied. The motion of William Walsh to withdraw as counsel for Guiliano is granted.

SHEA, J., did not participate.

■

### SOUTH COUNTY GAS COMPANY

v.

### Edward F. BURKE et al.

### BRISTOL AND WARREN GAS COMPANY

v.

### Edward F. BURKE et al.

### Nos. 79–11–M.P., 78–445–M.P.

Supreme Court of Rhode Island.

Jan. 14, 1982.

Ralph Della Rosa, Providence, for petitioners.

Dennis J. Roberts II, Atty. Gen., John R. McDermott, Sp. Asst. Atty. Gen., for respondent.

### ORDER

The respondents' motion to consolidate the above captioned cases for argument is hereby granted.